

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/14/2015**                                                    **COA No. 12-12-00378-CR**
**WALKER, KENNETH NEAL    Tr. Ct. No. 241-0592-12**               **PD-1429-14**

On this day, the Appellant's petition for discretionary review has been granted.  The original and ten copies of the appellant's brief must be filed with this Court within 30 days.  The State's brief is due 30 days after the timely filing of the appellant's brief. ORAL ARGUMENT WILL BE PERMITTED

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *